Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Petitioner*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| BOY RACER, INC., | ) | **Case No.** |
| | ) | |
|        Plaintiff, | ) | |
|    v. | ) | **CORPORATE PARTY DISCLOSURE** |
| | ) | **STATEMENT** |
| JOHN DOE, | ) | |
| | ) | |
|        Defendant. | ) | |
| | ) | |
| _____ | ) | |

**CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Petitioner, by and through his attorney of record, hereby submits that Boy Racer, Inc. does not have a parent corporation that owns 10% or more of its stock.

Respectfully Submitted,

PRENDA LAW INC.

**DATED:  November 21, 2011**

By:    /s/ Brett L. Gibbs, Esq.
            _____

Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*