1  Brett L. Gibbs, Esq. (SBN 251000)
   Prenda Law Inc.
2  38 Miller Avenue, #263
   Mill Valley, CA 94941
3  415-325-5900
   blgibbs@wefightpiracy.com
4
   *Attorney for Plaintiff*
5

6
                    IN THE UNITED STATES DISTRICT COURT FOR THE
7
                         EASTERN DISTRICT OF CALIFORNIA
8
                              SACRAMENTO DIVISION
9

10  BOY RACER, INC.,                      )    **No. 2:11-cv-03072 MCE-KJN**
                                          )
11          Plaintiff,                    )    Judge: Honorable Morrison C. England, Jr.
12      v.                                )
                                          )
13  PHILIP WILLIAMSON,                    )    **AMENDED COMPLAINT**
                                          )
14          Defendant.                    )
                                          )    **DEMAND FOR JURY TRIAL**
15  _____        )

16      Plaintiff Boy Racer, Inc., through its undersigned counsel, hereby files this Amended

17  Complaint requesting damages and injunctive relief, and alleges as follows:

18                              **NATURE OF THE CASE**

19
        1.      In a previously filed action, Plaintiff sought relief against multiple anonymous
20
    copyright infringers. One of the anonymous copyright infringers was associated with Internet
21
    Protocol ("IP") address 98.255.135.206. In the course of expedited discovery, Plaintiff ascertained
22
23  the identity of the account holder, who credibly identified the infringer as Philip Williamson

24  ("Defendant"). Plaintiff has recently come into possession of further evidence to support the account

25  holder's allegations.   Plaintiff now files this action to prosecute the Defendant for his outrageous

26  violations of Plaintiff's copyrights.

27

28

2.      Plaintiff files this action for copyright infringement under the United States Copyright Act and a related civil conspiracy claim under the common law to combat the willful and intentional infringement of its creative works. Defendant acted in concert via the BitTorrent file sharing protocol with untold others and, upon information and belief, continues to do the same. Plaintiff seeks a permanent injunction, statutory or actual damages, award of costs and attorney's fees, and other relief.

## THE PARTIES

3.      Plaintiff Boy Racer, Inc. is a corporation organized and existing under the laws of the State of New York. Plaintiff is the exclusive holder of the relevant rights with respect to the copyrighted creative works at issue in this Complaint.

4.      Plaintiff is a producer of adult entertainment content. Plaintiff invests significant capital in producing the content associated with its brand and has produced substantial numbers of videos and photographs. At least one of the copyrighted works at issue here is an adult video produced by Plaintiff, *POV - Punx*. On information and belief, however, Defendant also illegally reproduced and distributed over 100 other of Plaintiff's copyrighted works (the "Videos"), which Plaintiff expects to identify and confirm through the course of discovery.

5.      Defendant Philip Williamson is an individual who resides in Sacramento, California. Plaintiff is informed and believes, and therefore states, that Defendant used his roommate's Internet account via IP address 98.255.135.206, to anonymously and illegally reproduce and distribute the Videos.  It is also Plaintiff's belief that Defendant used a BitTorrent "sharing" client – Vuze (f/k/a Azurreus) – to not only to unlawfully reproduce those videos for himself, but also to transfer portions of Plaintiff's Videos to thousands of his coconspirators.  Defendant, and those he "shared" Plaintiff's copyrighted works with, had no legal right to distribute Plaintiff's Videos.  Plaintiff

AMENDED COMPLAINT                    CASE NO. 2:11-cv-03072

1   expects to request an order from the Court to unmask the identities of Defendant's coconspirators to

2   reveal the full scope of Defendant's liability in this matter.

3                            **JURISDICTION AND VENUE**

4       6.      This Court has subject matter jurisdiction over the copyright infringement claim

5   under 17 U.S.C. §§ 101, *et seq.*, (the Copyright Act), 28 U.S.C. § 1331 (actions arising under the

6   laws of the United States), and 28 U.S.C. § 1338(a) (actions arising under an Act of Congress

7   relating to copyrights). This Court has supplemental jurisdiction over the civil conspiracy claim

8   under 28 U.S.C. § 1367(a) because it is so related to Plaintiff's copyright infringement claim, which

9

10  is within this Court's original jurisdiction, that the two claims form part of the same case and

11  controversy under Article III of the United States Constitution.

12      7.      This Court has personal jurisdiction because upon information and belief, Defendant

13  either resides in or committed copyright infringement in this District.

14

15      8.      Venue is properly founded in this judicial district pursuant to 28 U.S.C. §§ 1391(b)

16  and 1400(a) because Defendant resides in this District, may be found in this District, or a substantial

17  part of the events giving rise to the claims in this action occurred within this District.

18                                **BACKGROUND**

19      9.      BitTorrent is a modern file sharing method ("protocol") used for distributing data via

20  the Internet.

21      10.     Vuze, previoiusly known as Azureus, is a BitTorrent client used to transfer files via

22  the BitTorrent protocol.  Vuze allows users to view, publish, and share original DVD and HD videos

23  content regardless of whether those videos are subject to copyright laws or the distrubution of such

24  would violate those laws.  Vuze is one of many BitTorrent clients where Plaintiff has found its

25

26  Videos being illegally distributed.

27

28

11.     Traditional file transfer protocols involve a central server, which distributes data directly to individual users. This method is prone to collapse when large numbers of users request data from the central server, in which case the server can become overburdened and the rate of data transmission can slow considerably or cease altogether. In addition, the reliability of access to the data stored on a server is largely dependent on the server's ability to continue functioning for prolonged periods of time under high resource demands.

12.     Standard peer-to-peer ("P2P") protocols involve a one-to-one transfer of whole files between a single uploader and single downloader. Although standard P2P protocols solve some of the issues associated with traditional file transfer protocols, these protocols still suffer from such issues as scalability. For example, when a popular file is released (e.g. an illegal copy of the latest blockbuster movie) the initial source of the file performs a one-to-one whole file transfer to a third party, who then performs similar transfers. The one-to-one whole file transfer method can significantly delay the spread of a file across the world because the initial spread is so limited.

13.     In contrast, the BitTorrent protocol is a decentralized method of distributing data. Instead of relying on a central server to distribute data directly to individual users, the BitTorrent protocol allows individual users to distribute data among themselves. Further, the BitTorrent protocol involves breaking a single large file into many small pieces, which can be transferred much more quickly than a single large file and in turn redistributed much more quickly than a single large file. Moreover, each peer can download missing pieces of the file from multiple sources—often simultaneously—which causes transfers to be fast and reliable. After downloading a piece, a peer automatically becomes a source for the piece. This distribution method contrasts sharply with a one-to-one whole file transfer method.

14.     In BitTorrent vernacular, individual downloaders/distributors of a particular file are called peers. The group of peers involved in downloading/distributing a particular file is called a

AMENDED COMPLAINT                    CASE NO. 2:11-cv-03072

swarm. A server which stores a list of peers in a swarm is called a tracker. A computer program that implements the BitTorrent protocol – in this case Vuze (previously "Azureus") – is called a BitTorrent client. Each swarm is unique to a particular file.

15.     The BitTorrent protocol operates as follows. First, a user locates a small "torrent" file. This file contains information about the files to be shared and about the tracker, the computer that coordinates the file distribution. Second, the user loads the torrent file into a BitTorrent client (e.g. Vuze/Azureus), which automatically attempts to connect to the tracker listed in the torrent file. Third, the tracker responds with a list of peers and the BitTorrent client connects to those peers to begin downloading data from and distributing data to the other peers in the swarm. When the download is complete, the BitTorrent client continues distributing data to other peers in the swarm until the user manually disconnects from the swarm or the BitTorrent client otherwise does the same.

16.     The degree of anonymity provided by the BitTorrent protocol is extremely low. Because the protocol is based on peers connecting to one another, a peer must broadcast identifying information (i.e. an IP address) before it can receive data. Nevertheless, the actual names of peers in a swarm are unknown, as the users are allowed to download and distribute under the cover of their IP addresses.

17.     The BitTorrent protocol is an extremely popular method for transferring data. The size of swarms for popular files can reach into the tens of thousands of unique peers. A swarm will commonly have peers from many, if not every, state in the United States and several countries around the world. And every peer in the swarm participates in distributing the file to dozens, hundreds, or even thousands of other peers.

18.     The BitTorrent protocol is also an extremely popular method for unlawfully copying, reproducing, and distributing files in violation of the copyright laws of the United States. A broad range of copyrighted albums, audiovisual files, photographs, software, and other forms of media are

available for illegal reproduction and distribution via the BitTorrent protocol, and, in this case, specifically through the Vuze (previoulsy Azureus) BitTorrent client.

19.     Efforts at combating BitTorrent-based copyright infringement have been stymied by BitTorrent's decentralized nature. Because there are no central servers to enjoin from unlawfully distributing copyrighted content, there is no primary target on which to focus anti-piracy efforts. Indeed, the same decentralization that makes the BitTorrent protocol an extremely robust and efficient means of transferring enormous quantities of data also acts to insulate it from anti-piracy measures. This lawsuit is Plaintiff's only practical means of combating Defendant's BitTorrent-based infringement of the Videos.

## ALLEGATIONS COMMON TO ALL COUNTS

20.     At all times relevant hereto, Plaintiff was the exclusive rights holder with respect to BitTorrent-based reproduction and distribution of the Videos.

21.     Plaintiff has applied for and received a certificate of copyright registration for the video *POV−Punx* from the United States Copyright Office (Reg. No. #PA0001739402).

22.     The torrent file used to access the copyrighted materials were named in manners that would have provided an ordinary individual with notice that the Videos were protected by the copyright laws.

23.     Plaintiff employs proprietary P2P network forensic software to perform exhaustive real time monitoring of the BitTorrent-based swarm involved in distributing the Video. This software is effective in capturing data about the activity of peers in a swarm and their infringing conduct.

24.     Defendant, without Plaintiff's authorization or license, intentionally downloaded torrent files particular to Plaintiff's Videos, purposefully loaded those torrent files into his BitTorrent

AMENDED COMPLAINT                    CASE NO. 2:11-cv-03072

client (Vuze/Azureus), entered BitTorrent swarms particular to Plaintiff's Videos, and reproduced and distributed the Videos to numerous third parties.

25.     Plaintiff observed Defendant's activities in the torrent swarm specific to the Videos and logged the IP address he used and the date and time of his activitities.

26.     In a recent examination of the Macintosh computer used by Defendant during the times of his infringements, an updated version of Vuze appears in the "Applications" folder. Through further inspection of Defendant's computer, Plaintiff's agents found Mp4 converter, StreamMe, and ServeToMe software that could enable an individual to convert a full-length video to a mobile device-compatible format; Toast10, which allows an indiviudal to burn DVDs on Mac computers from videos downloaded over the Internet; and OmniDiskSweeper, a Mac utility program that helps users quickly identify and delete potentially infringing videos on one's Mac computer in furtherance of evading liability for copyright infringement.

## COUNT I – COPYRIGHT INFRINGEMENT

27.     Plaintiff hereby incorporates by reference each and every allegation contained in the preceding paragraphs as if fully set forth fully herein.

28.     Defendant's conduct infringes upon Plaintiff's exclusive rights of reproduction and distribution that are protected under the Copyright Act.

29.     Defendant knew or had constructive knowledge that his acts constituted copyright infringement.

30.     Defendant's conduct was willful within the meaning of the Copyright Act: intentional, and with indifference to the Plaintiff's rights.

31.     Plaintiff has been damaged by Defendant's conduct, including but not limited to economic and reputation losses. Plaintiff continues to be damaged by such conduct, and has no

AMENDED COMPLAINT                                    CASE NO. 2:11-cv-03072

1    adequate remedy at law to compensate the Plaintiff for all of the possible damages stemming from

2    the Defendant's conduct.

3        32.    Plaintiff hereby reserves the right, pursuant to 17 U.S.C. § 504(c), to elect to recover

4
     statutory damages for each infringement, in lieu of seeking recovery of actual damages.
5

6        33.    As Defendant's infringements were intentional and willful, the Plaintiff is entitled to

7    an award of statutory damages, exemplary damages, attorneys' fees, and the costs of the suit.

8                          **COUNT II – CIVIL CONSPIRACY**

9        34.    Plaintiff hereby incorporates by reference each and every allegation contained in the

10   preceding paragraphs as if set forth fully herein.

11
         35.    In using the P2P BitTorrent file distribution method, Defendant engaged in a
12
     concerted action with other unnamed individuals to reproduce and distribute Plaintiff's Videos by
13
     exchanging pieces of Videos' files in various torrent swarms.
14

15       36.    Defendant and his co-conspirators downloaded multiple torrent files, opened them

16   using a BitTorrent client (such as Vuze/Azureus), and then entered a torrent swarm comprised of

17   other individuals distributing and reproducing Plaintiff's Videos. In participating in said

18   conspiratorial network, Defendant agreed with others to engage in concerted tortious acts in the

19   network to reproduce and distribute Plaintiff's Videos.

20
         37.    Participants in the torrent swarms have conspired to provide other individuals with
21
     pieces of the Videos in exchange for receiving other pieces of the same Videos to eventually obtain a
22
     complete copy of those files.
23

24       38.    In furtherance of this civil conspiracy, Defendant and co-conspirators committed

25   overt tortious and unlawful acts by using BitTorrent software to download the Videos from and

26   distribute it to others, and were willful participants in this joint activity.

27

28
                                  8

1    39.    As a proximate result of this conspiracy, Plaintiff has been damaged, as is more fully

2    alleged above.

3
## JURY DEMAND

4    40.    Plaintiff hereby demands a jury trial in this case.

5
## PRAYER FOR RELIEF

6
**WHEREFORE**, Plaintiff respectfully requests Judgment and relief as follows:

7
8    1)    Judgment against Defendant that he has: a) willfully infringed Plaintiff's rights in

9    federally registered copyrights pursuant to 17 U.S.C. § 501; and b) otherwise injured the business

10    reputation and business of Plaintiff by Defendant's acts and conduct set forth in this Complaint;

11    2)    Judgment in favor of the Plaintiff against Defendant for actual damages or statutory

12    damages pursuant to 17 U.S.C. § 504, at the election of Plaintiff, in an amount to be ascertained at

13    trial;

14
15    3)    Order of impoundment under 17 U.S.C. §§ 503 & 509(a) impounding all infringing

16    copies of Plaintiff's audiovisual works, photographs or other materials, which are in Defendant's

17    possession or under his control;

18    4)    On Count II, an order that Defendant is jointly and severally liable to Plaintiff in the

19    full amount of the Judgment along the damages associated with the infringing activity of his co-

20    conspirators on the basis of a common law claim for civil conspiracy to commit copyright

21    infringement; for an award of compensatory damages in favor of the Plaintiff and against

22    Defendants, jointly and severally, in an amount to be determined at trial;

23    5)    Judgment in favor of Plaintiff against the Defendant awarding the Plaintiff attorneys'

24    fees, litigation expenses (including fees and costs of expert witnesses), and other costs of this action;

25    and

26
27
28

6)      Judgment in favor of the Plaintiff against Defendant, awarding Plaintiff declaratory and injunctive or other equitable relief as may be just and warranted under the circumstances.

Respectfully Submitted,

PRENDA LAW INC.

**DATED: December 12, 2011**

By:      /s/ Brett L. Gibbs

Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com
*Attorney for Plaintiff*

AMENDED COMPLAINT                    CASE NO. 2:11-cv-03072

1    **DEMAND FOR A JURY TRIAL**

2    Plaintiff hereby demands a jury trial as provided by FRCP 38(a).

3

4

                              By:        /s/ Brett L. Gibbs
5
                                   Brett L. Gibbs, Esq. (SBN 251000)
6
                                   *Attorney for Plaintiff*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED COMPLAINT                CASE NO. 2:11-cv-03072