

RESPONSE TO AMENDED COMPLAINT FOR
CASE NO. 2:11-CV-03072 MCE-KJN
BOY RACER, INC. V. PHILIP WILLIAMSON

FEB 0 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## NATURE OF THE CASE

1. In response to Paragraph 1 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.
2. In response to Paragraph 2 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.

## THE PARTIES

3. In response to Paragraph 3 of the Amended Complaint, Defendant Philip Williamson has no knowledge of the allegations contained therein.
4. In response to Paragraph 4 of the Amended Complaint, Defendant Philip Williamson admits to the allegation of the named movie, but contends he "distributed over 100 other of Plaintiff's copyrighted works" contained therein.
5. In response to Paragraph 5 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.

## JURISDICTINO AND VENUE

6. In response to Paragraph 6 of the Amended Complaint, Defendant Philip Williamson has no knowledge of the allegations contained therein.
7. In response to Paragraph 7 of the Amended Complaint, Defendant Philip Williamson has no knowledge of the allegations contained therein.
8. In response to Paragraph 8 of the Amended Complaint, Defendant Philip Williamson has no knowledge of the allegations contained therein.

## BACKGROUND

9. In response to Paragraph 9 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.
10. In response to Paragraph 10 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.
11. In response to Paragraph 11 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.
12. In response to Paragraph 12 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.
13. In response to Paragraph 13 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.
14. In response to Paragraph 14 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.
15. In response to Paragraph 15 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.
16. In response to Paragraph 16 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.
17. In response to Paragraph 17 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.

18. In response to Paragraph 18 of the Amended Complaint, Defendant Philip
    Williamson admits all allegations contained therein.
19. In response to Paragraph 19 of the Amended Complaint, Defendant Philip
    Williamson admits all allegations contained therein.

ALLEGATIONS COMMON TO ALL COUNTS

20. In response to Paragraph 20 of the Amended Complaint, Defendant Philip
    Williamson has no knowledge of the allegations contained therein.
21. In response to Paragraph 21 of the Amended Complaint, Defendant Philip
    Williamson has no knowledge of the allegations contained therein.
22. In response to Paragraph 22 of the Amended Complaint, Defendant Philip
    Williamson denies all allegations contained therein.
23. In response to Paragraph 23 of the Amended Complaint, Defendant Philip
    Williamson has no knowledge of the allegations contained therein.
24. In response to Paragraph 24 of the Amended Complaint, Defendant Philip
    Williamson admits all allegations contained therein.
25. In response to Paragraph 25 of the Amended Complaint, Defendant Philip
    Williamson has no knowledge of the allegations contained therein.
26. In response to Paragraph 26 of the Amended Complaint, Defendant Philip
    Williamson admits the allegation that the Macintosh computer contained said
    applications, but some of them are not for the stated purpose contained therein.
    StreamMe and SeverToMe are used to send audio and video files to a cell phone,
    allowing one access to media on the computer while away from it. Mp4 converter is
    used to convert video files to the .mp4 files format, which is one of the two video
    formats that iPods and iPhones support, thus allowing someone to put video files on
    said devices when they weren't originally in a supported format. OmniDiskSweeper
    scans harddrives and ranks folders according to file size, while it could be used to
    "indentify and delete potentially infringing videos on one's Mac computer in
    furtherance of evading liability for copyright infringement," it is primarily used to find
    where harddrive space may unknowingly be used by unknown programs or files.

COUNT I - COPYRIGHT INFRINGEMENT

27. In response to Paragraph 27 of the Amended Complaint, Defendant Philip
    Williamson has no knowledge of the allegations contained therein.
28. In response to Paragraph 28 of the Amended Complaint, Defendant Philip
    Williamson admits all allegations contained therein.
29. In response to Paragraph 29 of the Amended Complaint, Defendant Philip
    Williamson admits all allegations contained therein.
30. In response to Paragraph 30 of the Amended Complaint, Defendant Philip
    Williamson admits all allegations contained therein.
31. In response to Paragraph 31 of the Amended Complaint, Defendant Philip
    Williamson admits all allegations contained therein.
32. In response to Paragraph 32 of the Amended Complaint, Defendant Philip
    Williamson admits all allegations contained therein.
33. In response to Paragraph 33 of the Amended Complaint, Defendant Philip
    Williamson admits all allegations contained therein.

COUNT II - CIVIL CONSPIRACY

34. In response to Paragraph 34 of the Amended Complaint, Defendant Philip Williamson has no knowledge of the allegations contained therein.

35. In response to Paragraph 35 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.

36. In response to Paragraph 36 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.

37. In response to Paragraph 37 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.

38. In response to Paragraph 38 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.

39. In response to Paragraph 39 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.

JURY DEMAND

40. In response to Paragraph 40 of the Amended Complaint, Defendant Philip Williamson admits all allegations contained therein.