Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law, Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOY RACER, INC., ) | |
| Plaintiff, ) | Case No. 2:11-cv-03072-MCE-KJN |
| v. ) | |
| PHILIP WILLIAMSON, ) | **NOTICE OF SUBPOENA** |
| Defendant. ) | |

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Plaintiff intends to serve the attached Subpoenas on the various ISPs listed below via their respective registered agents on May 3, 2012 or as soon thereafter as service may be effectuated.

1. AT&T Internet Services, Inc.
   SBC Internet Services, Inc. d/b/a AT&T Internet Services c/o CT Corporation System UNK, 1015 15th St NW, Ste 1000, Washington, D.C. 2005

2. Bright House Networks, LLC
   Bright House Networks, LLC c/o Neustar, Inc., 46000 Center Oak Plaza, Sterling, VA 20166

3. Cable One, Inc.
   Cable One, Inc. c/o C T Corporation System, 100 S. 5th St, Ste 1075, Minneapolis, MN 55402

4. Cellco Partnership
   Cellco Partnership GP d/b/a Verizon Wireless c/o CT Corporation System UNK, 1015 15th St NW, Ste 1000, Washington, D.C. 2005

///

///

5. Charter Communications, LLC
   Charter Communications, LLC c/o Illinois Corporation Service Company, 801 Adlai Stevenson Dr, Springfield, IL 62703

6. Comcast Cable Communications
   Comcast Cable Communications Management, LLC c/o CT Corporation System UNK, 1015 15th St NW, Ste 1000, Washington, D.C. 2005

7. Cox Communications
   Cox District of Columbia Telcom L.L.C. c/o Corporation Service Company, 1090 Vermont Ave NW, Washington, D.C. 20005

8. Mediacom Communications Corporation
   Mediacom Communications Corporation c/o C T Corporation System, 208 S LaSalle St, Ste 814, Chicago, IL 60604-1101

9. Qwest Communications Company LLC
   Qwest Communications Company LLC d/b/a CenturyLink qcc c/o CT Corporation System UNK; 1015 15th St NW, Ste 1000, Washington, D.C. 20005

10. Suddenlink
    Cebridge Connections, LLC d/b/a Suddenlink c/o C T Corporation System, 4701 Cox Rd, Ste 30, Glen Allen, VA 23060-6802

11. Verizon Online, LLC
    Verizon Online, LLC c/o CT Corporation System UNK, 1015 15th St NW, Ste 1000, Washington, D.C. 20005

The Subpoenas command the above ISPs to produce the requested information and documents at the following locations at the specified date and time.

- AT&T Internet Services, Inc.; Cellco Partnership; Comcast Cable Communications; Cox Communications; Qwest Communications; Suddenlink; and Verizon Online, LLC are commanded to produce for discovery at 2100 M St. Northwest, Ste 170-417, Washington, D.C. 20037-1233 on June 8, 2012, 10:00 a.m.

- Bright House Networks, LLC; Charter Communications, LLC; and Mediacom Communications Corporation are commanded to produce for discovery at 161 N. Clark St, Ste 3200, Chicago, IL 60601 on June 8, 2012, 10:00 a.m.

- Cable One, Inc. is commanded to produce for discovery at 900 IDS Center, 80 S. 8th St, Minneapolis, MN 55402 on June 8, 2012, 10:00 a.m.

**DATED: May 2, 2012**

By:   /s/ Brett L. Gibbs
Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law, Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Subpoena was served on Defendant Philip Williamson, 2819 E Street #2, Sacramento, CA 95816 via First Class U.S. Mail on May 2, 2012.

/s/ Brett L. Gibbs
Brett L. Gibbs, Esq.